**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TCN ENTERPRISES, LLC; LA DRIVER, LLC; and NATIONAL DRIVER SOLUTIONS CORP.<br><br>Plaintiffs,<br><br>v.<br><br>KINSALE INSURANCE COMPANY<br><br>Defendant. | Case No. 2:23−cv−4004 FMO(AGRx)<br><br>**ORDER ON STIPULATION [24] RE: DISMISSAL WITH PREJUDICE**<br><br>*[Submitted Concurrently With Stipulation of Dismissal With Prejudice]*<br><br>Judge:  Hon. Fernando M. Olguin |

Pursuant to the Parties' stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS SO ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to the Complaint and all claims, causes of action, and parties to the within action, with each party bearing that party's own attorney's fees and costs.  The Clerk is directed to close the file.

DATED: December 13, 2023      By:   ___/s/  Fernando M. Olguin_____.
UNITED STATES DISTRICT JUDGE